## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - ALL | **DATE** | 7/8/2008 |
| **CASE TITLE** | United States of America vs. Ingram, et al. | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to all defendants.

No notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00531    Document 5    Filed 07/08/2008    Page 1 of 1

08CR531 - ALL United States of America vs. Ingram, et al.                                    Page 1 of 1