## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - 5 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States of America vs. Christopher Mosby | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the case is granted.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00531    Document 6    Filed 07/09/2008    Page 1 of 1

08CR531 - 5 United States of America vs. Christopher Mosby      Page 1 of 1