UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 531 |
| | ) | MAGISTRATE JUDGE |
| ANTOINE JACKSON | ) | JEFFREY COLE |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:          Antoine Jackson
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

Illinois Department of Corrections.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 21, United States Code, Section 846, and is now wanted in such division and district on July 16, 2008 at 10:00 a.m. for initial appearance before Magistrate Judge Jeffrey Cole Courtroom 1838.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL          WARDEN
Northern District of Illinois              Tamms Correctional Center, Minimum Security Unit
219 S. Dearborn                            200 East Supermax Road, P.O. Box 1000
Chicago, Illinois                             Tamms, Illinois

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that Antoine Jackson be returned forthwith to said institution from which he was brought.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By: _____
      LELA D. JOHNSON
      Assistant U.S. Attorney