## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - 3 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States of America vs. Antoine Jackson | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Enter Order. Initial appearance is set for July 16, 2008 at 10:00 a.m. in courtroom 1838.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

FILED-EDI
2008 JUL -9 PM 5:25
U.S. DISTRICT COURT

Writs Issued
JUL 1 0 2008

| | Courtroom Deputy Initials: | CDH |
|---|---|---|