UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.　08 CR 531-3 |
| | ) MAGISTRATE JUDGE |
| ANTOINE JACKSON | ) JEFFREY COLE |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:　　　　　　Antoine Jackson
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Illinois Department of Corrections,

and that said defendant is charged in the above-captioned case with violations of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 10:00 a.m. on July 16, 2008 for initial appearance before Magistrate Judge Courtroom 1838.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL　　　WARDEN
Northern District of Illinois　　　　Tamms Correctional Center, Minimum Security Unit
219 S. Dearborn　　　　　　　　　200 East Supermax Road, P.O. Box 1000
Chicago, Illinois　　　　　　　　　Tamms, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JEFFREY COLE
MAGISTRATE JUDGE

DATED at Chicago, Illinois
this 9th day of July, 2008