## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531-3 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Antoine Jackson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to writ of habeas corpus ad prosequendum. David E. Neely is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalty, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention Bond hearing is set for 7/23/08 at 12:30 p.m. and the preliminary examination hearing is set for 7/23/08 at 1:00 p.m. Government's oral motion remanding defendant to the Custody of the Attorney General for further proceedings is granted. Defendant shall be detained until the bond hearing or until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|