## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of _USA vs. Antoine Jackson_   Case Number: _08 CR 531 - 3_

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Antoine Jackson_

FILED

7-16-08

JUL 16 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) _DAVID E. NEELY_ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM _DAVID E. NEELY & ASS._ | |
| STREET ADDRESS _8401 So. Luella_ | |
| CITY/STATE/ZIP _Chg, IL. 60617_ | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) _6182361_ | TELEPHONE NUMBER _312-315-8241_ |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☑