# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531-3 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Antoine Jackson | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government's oral motion to detain defendant is granted. Defendant's oral motion for bond is denied without prejudice. Pursuant to 18 USC § 1342(g)(1)-(4), the Government has proved by clear and convincing evidence that there is no condition or set of conditions that will reasonably ensure the safety of the community. The Government has demonstrated by a preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance at trial. The defendant is ordered detained until further order of court. See further content of order below.

■[ For further details see text below.]                                    Docketing to mail notices.

00:15

## STATEMENT

It is further ordered that : 1) Pursuant to 18 U.S.C. §3142(f), Antoine Jackson is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting of serving sentences or being held in custody pending appeal; and 3) Upon order of the United States District Court or on request of an attorney of the government, the Warden of the correctional facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of appearance in connection with a court proceeding.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00531 Document 44 Filed 07/23/2008 Page 1 of 1

08CR549-3 USA vs. Antoine Jackson                                                           Page 1 of 1