Honorable Jugde Jeffrey Cole

08 CR 531-4

My name is Antoine Jackson, I am being held in custody for a drug Conspiracy charge. In this case I delivery some drugs to the undercover agent two different times. I was doing a favor for my cousin, and that's what got me in this case. I will accept responible for what I have done, because I know it was wrong. I will corporate with the F.B.I in this case in any way that I can. I have already started by giving them a statement of what I did in this case. Your honor I have 5 kids, that loves and misses me, and they need me in there lifes and I want to be in there lifes also. I have a beatiful wife and mother in-law to be out there supporting me 100%, they know me and beleave in me, and if my mother in-law or mom had a house to put up, they would. I just wish you would look past my record, and give me a chance your honor, I know my record says alot about me, but I have truly changed my life around. I had planned on getting married, getting my job back, taking care of my kids and stop dealing with my cousin. Your honor could you think over, granting me and O.R. and let me out on housearrest and I give you my word, I will show up at court and hour early everytime, I have my grandmother, mom, mother in-law and also my wife to be, to make sure I have a ride. And I will make in my duty to get there. Thank you your honor for taking time out of your day to read my letter and get to know me alil better.

PALATINE IL 600

28 JUL 2008 PM 4 T

USA 42

Antonu Jackson # 41542
Mckenry County Jail
2200 N. Seminary Ave
Woodstock, IL 60098

F I L E D

JUL 3 1 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

Jeffrey Cole
Federal Bureau Building
219 S. Dearborn st # 905
Chicago, IL 60604

606044+2026