Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 (2-5) | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Martel Jackson, Antoine Jackson, Crystal Jackson and Christopher Mosby | | |

**DOCKET ENTRY TEXT**

Preliminary Examination hearing held. Government's Exhibit A accepted by the Court. Agent Camacho and Agent Lapp testifies. Preliminary Examination concludes. Enter a finding of probable cause; Order defendants bound to the District Court for further proceedings.

Docketing to mail notices.

03:00

2008 AUG 11 AM 9:07
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|